IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-50434
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EDWARD CAVER, JR.,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-01-CR-144-2
--------------------
December 12, 2002

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Court appointed counsel for Edward Caver, Jr., ("Caver") has
moved for leave to withdraw from this appeal and has filed a
brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).
Caver has received a copy of counsel's motion and brief but has
not filed a response.  Our independent review of the brief and
the record discloses no nonfrivolous issue.  Accordingly,
counsel's motion for leave to withdraw is GRANTED, counsel is

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS

DISMISSED.  See 5TH CIR. R. 42.2.